FILED'10 NOV 01 15:50USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHELTON R. BERTRAND; ET AL.,            )        Civil No. 09-857-JO
                                        )
            Plaintiffs,                 )
                                        )
    v.                                  )        OPINION AND ORDER
                                        )
SUNTRUST MORTGAGE, INC.,                )
a Virginia corporation; ET AL.,         )
                                        )
            Defendants.                 )

    Terrance J. Slominski
    SLOMINSKI & ASSOCIATES
    Commerce Plaza
    7150 S.W. Hampton Street, Suite 201
    Tigard, OR 97223

    Attorney for Plaintiffs

    Robert D. Newell
    Blake J. Robinson
    DAVIS WRIGHT TREMAINE, LLP
    1300 S.W. Fifth Avenue, Suite 2300
    Portland, OR 97201-5630

Rochelle L. Stanford
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
Post Office Box 17935
San Diego, CA  92177-0935

Attorneys for Defendants

JONES, Judge:

Plaintiffs Shelton and Rebecca Bertrand bring this action against defendants SunTrust

Mortgage, Inc., First American Title Insurance Company, and Federal National Mortgage

Association, seeking to void a foreclosure sale of their home in September 2009, and recover

damages.

The case is before the court on defendants' motions for summary judgment (## 27, 33).

Defendants filed their motions in mid-July 2010.  While the motions were being briefed, a

veritable tsunami of investigation into and litigation over mortgage foreclosure practices broke

loose on a national scale.  Federal banking regulators are involved.[1]  All 50 states have launched

a joint investigation into the mortgage industry's "alleged use of faulty or fraudulent documents

to complete tens of thousands of foreclosures."  Stephanie Armour, *All 50 States Launch Joint*

*Investigation into Foreclosures*, USA Today (Oct. 13, 2010, 11:12 AM).[2]

Recently, in <u>Rinegard-Guirma v. Band of America, et al.</u>, Civil No. 10-1065-PK,

Magistrate Judge Papak enjoined a mortgage foreclosure, finding that plaintiff has a likelihood of

---

[1]    Jeannine Aversa, *Fed Boss:  Regulators Looking into Foreclosure Mess*, Yahoo
News (Oct. 25, 2010, 5:10 PM)
(http://new.yahoo.com/s/ap/20101025/ap_on_bi_ge/us_bernanke_housing).

[2]    Found at: http://www.usatoday.com/money/economy/housing/2010-10-13-states-
foreclosures-N.htm.

success on the merits of her claim that Mortgage Electronic Registration Systems, Inc.

("MERS"), a defendant in that case and a significant player in this case, lacked authority to

transfer her promissory note even if it had authority to transfer the trust deed. Rinegard-Guirma,

(Opinion and Order, Oct. 6, 2010) (# 39), pp. 7-9. In so ruling, Judge Papak questioned whether

MERS qualifies as a "beneficiary of the trust deed" within the meaning of Oregon law,

specifically ORS 86.705(1). Rinegard-Guirma, p. 8.

Plaintiffs in this case similarly challenge MERS' role in the foreclosure of their home. In

view of the present controversy affecting the entire mortgage foreclosure industry, and

acknowledging that the defendants in this case and in Rinegard-Guirma are not the same, I

decline to resolve the pending motions for summary judgment and defer the motions to permit

the parties to submit supplemental briefing to explain how the issues in the present case may be

distinguished from those before the court in Rinegard-Guirma. Accordingly, defendants may file

a supplemental brief as described, not to exceed 15 pages, within 30 days. Plaintiffs have an

additional 30 days to file a response, not to exceed 15 pages. No further briefing will be accepted

without leave of court.

IT IS SO ORDERED.

DATED this 1st day of November, 2010.

ROBERT E. JONES
U.S. District Judge

3 - OPINION AND ORDER